September 10, 1912.) Action by John Mulcahy against the Federal Sugar Refining Company.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD and RICH, JJ., dissent.

MULLER et al. v. CITY OF PHILADELPHIA et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Charles F. Muller and others against the City of Philadelphia and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Order filed. See, also, 144 App. Div. 592, 129 N. Y. Supp. 1037.

In re MULLIGAN. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Proceedings on charges of professional misconduct against William G. Mulligan, an attorney. Respondent censured. Einar Chrystie, of New York City, for petitioner. William G. Mulligan, of New York City, pro se.

PER CURIAM. The petitioner charges the respondent with professional misconduct in entering three judgments in favor of himself and his wife in an action of ejectment, which judgments were improper, and contained provisions not justified, which the court subsequently vacated and annulled. The respondent attempts to justify or excuse these judgments, but without success. Upon his own statements they were improper, and the court at Special Term quite properly struck out the improper provisions. For the practice thus adopted by respondent, he is hereby censured.

MURCOTT et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Thomas Murcott and others against the City of New York. No opinion. Judgment affirmed, with costs.

MUSSEY v. CASANOVA et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Allen S. Mussey against Pedro C. Casanova and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 143 App. Div. 933, 128 N. Y. Supp. 1136.

NAPEAR, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Eva Napear against the Interborough Rapid Transit Company.

PER CURIAM. Order affirmed, with costs. See, also, 145 App. Div. 944, 130 N. Y. Supp. 1122.

WOODWARD, J., dissents.

NASSAU–SUFFOLK BOND & MORTGAGE GUARANTEE CO. v. DRAPER et al. (Supreme Court, Appellate Division, Second De-

partment. November 15, 1912.) Action by the Nassau-Suffolk Bond & Mortgage Guarantee Company against James H. Draper, impleaded with others. No opinion. Judgment of the County Court of Nassau County, in so for as appealed from, affirmed, with costs.

NEALE et al., Respondents, v. BURNS, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Herbert H. Neale and another against David E. Burns. No opinion. Motion to dismiss appeal denied, on condition that appellant perfect his appeal, place the case on the next calendar of this court, and be ready for argument when reached; otherwise, motion granted, with costs.

NEIMAN, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by Jacob Neiman against Samuel A. Miller. No opinion. Judgment and order unanimously affirmed, with costs.

In re NELLIS. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) In the matter of Joseph Nellis, attorney and counselor at law. No opinion. Report of referee confirmed, and charges dismissed.

OCCIDENTAL CONST. CO., Respondent, v. MILLER, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by the Occidental Construction Company against Charles Miller, impleaded with others. E. G. Metcalfe, of Brooklyn, for appellant. L. H. Freedman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 137 N. Y. Supp. 1131.

OLISEWSKY, Respondent, v. NATIONAL BRIDGE WORKS, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1912.) Action by Benny Olisewsky against the National Bridge Works.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery of damages to the sum of $4,000, in which case the judgment, as modified, and the order, are unanimously affirmed, without costs.

OLSEN, Appellant, v. SINGER MFG. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Gjeruld Olsen against the Singer Manufacturing Company and another. No opinion. Motions denied, without costs. See, also, 151 App. Div. 516, 135 N. Y. Supp. 872.